UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

     v.                                CASE NO. 3:25-cr-241-TJC-PDB

MARCUS EICHELBERGER

---

UNITED STATES OF AMERICA

     v.                                CASE NO. 3:26-cr-16-JEP-SJH

TALIA MCINTYRE

---

UNITED STATES OF AMERICA

     v.                                CASE NO. 3:26-cr-58-JEP-SJH

JUSTIN BURNS

## <u>NOTICE OF RELATED ACTIONS</u>

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of similar cases which concerns issues of law and facts related to those of the above-captioned cases, as described below.

In the earliest-filed case, defendant Marcus Eichelberger is charged with four counts of aiding and abetting wire fraud in which it is alleged that he acted in concert with another individual. In the second case, defendant Talia Mcintyre has pleaded

guilty, pursuant to a plea agreement, to two counts of aiding and abetting wire fraud, stemming from the same conduct. In the latest-filed case, Justin Burns is charged with three counts of aiding and abetting wire fraud stemming from separate conduct in which defendant Marcus Eichelberger is a potential co-defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ Kelli A. Swaney*
KELLI A. SWANEY
Assistant United States Attorney
Florida Bar No. 91759
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail: Kelli.Swaney@usdoj.gov

2